UNDER SEAL

FILED
CHARLOTTE, NC

JUL 20 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:21CR183-MOC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| SHOMARI RASHAAD PITTMAN | ) | Violation: 18 U.S.C. § 922(g)(1) |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about April 8, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**SHOMARI RASHAAD PITTMAN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a Phoenix Arms .22 caliber handgun, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Phoenix Arms .22 caliber handgun seized during the investigation.

A TRUE BILL

FOREPERSON

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

*Kimlani M Ford*

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY